**UNITED STATES DISTRICT COURT**  **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| MICHAEL LOUVIERE | § | |
| and AUDREY LOUVIERE, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 1:07-CV-584 |
| | § | |
| ALLSTATE TEXAS LLOYD'S | § | |
| KYLE HILTERBRAN, NICHOLAS A. | § | |
| CARNLEY, CHRIS WHEELER, | § | |
| KEARNEY R. DUVALL, JEREMY NAYFA, | § | |
| and DONNA HAYWOOD, | § | |
| | § | |
| Defendants. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The court referred this matter to the Honorable Earl S. Hines, United States Magistrate

Judge, for pretrial proceedings pursuant to Order of Reference entered on August 24, 2007.  The

court has received and considered the report of the United States magistrate judge, who

recommends that the court grant the parties' joint motion to dismiss and enter judgment pursuant

to settlement.

The magistrate judge's report is hereby **ADOPTED**.  The purpose of the referral having

been served, it is further

**ORDERED** that the reference to the magistrate judge is **VACATED**.

SIGNED at Beaumont, Texas, this 28th day of March, 2008.

*Marcia A. Crone*
_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE